■ In the Matter of CINDY WILLIAMS, Appellant, v BENJAMIN WARD, as Police Commissioner of the City of New York, Respondent.—Judgment, Supreme Court, New York County (Jawn A. Sandifer, J.), entered May 5, 1989, dismissing this CPLR article 78 proceeding, unanimously affirmed, without costs.

As a nontenured, probationary employee in the Police Cadet Corps Program, petitioner was subject to discharge without cause and without a statement of reasons *(Matter of York v McGuire,* 63 NY2d 760). Petitioner has failed to demonstrate any violation of statutory or decisional law, or constitutionally

impermissible purpose, in such discharge. The student loan agreement did not establish a contractual term of employment. Petitioner is not entitled to a "name-clearing hearing" because she has failed to challenge the accuracy of the false impression allegedly created *(Codd v Velger,* 429 US 624), and has failed to establish a public disclosure of the information *(see, Matter of Lentlie v Egan,* 61 NY2d 874). Concur—Kupferman, J. P., Ross, Asch and Kassal, JJ.